JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FERNANDO SAMBRANO, | NO. ED CV 21-1581-VAP(E) |
| Petitioner, | |
| v. | JUDGMENT |
| B. CATES - WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 3, 2022.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE